MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:   (510) 637-3724
   E-Mail:      Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> GEORGE WILSON WASHINGTON, ) <br> ) <br>     Defendant. ) <br>_____ ) | Nos.  CR 09-00010 CW <br>         CV 10-05876 CW <br><br> UNITED STATES' APPLICATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO VACATE SENTENCE;  ORDER |

      Plaintiff, the United States of America, by and through its attorney of record, hereby applies for an extension of time to respond to defendant's motion to vacate his sentence.  In support of this application to extend time, the government states as follows:

      1.      On September 23, 2009, defendant pleaded guilty, pursuant to a plea agreement under Federal Rule of Criminal Procedure 11(c)(1)(C), to two counts of using a telephone to commit/facilitate narcotics trafficking in violation of 21 U.S.C. § 843(b).  On December 9, 2009, this Court sentenced defendant to a total term of imprisonment of 96 months, to be followed by one year of supervised release, as well as a $200 special assessment.

2.   On December 23, 2010, defendant filed a motion pursuant to 28 U.S.C. § 2255 with this Court seeking to vacate his sentence based on ineffective assistance of counsel.

3.   On January 4, 2011, this Court issued an order to show cause setting a briefing schedule on defendant's motion. This order requires the government to file an answer to defendant's motion pursuant to Rule 5 of the Rules Governing Section 2255 Cases by February 3, 2011, and requires that any response to the answer be filed by defendant within thirty days of receipt of the government's answer.

4.   After reviewing defendant's motion government counsel determined that, in order to respond to defendant's arguments, the government needed to order, obtain, and review the transcripts of defendant's change of plea and sentencing hearings, as well as one other pertinent hearing. On or about January 10, 2011, the government ordered three hearing transcripts.

5.   At present, government counsel has only received one of the requested transcripts. The government expects to receive the transcripts within the next thirty days. Accordingly, the government respectfully requests an extension of time to March 17, 2011, to obtain the requested transcripts, complete the review of those transcripts, and finalize its answer to defendant's motion to vacate his sentence, with any traverse from the defendant due thirty days after receipt of the government's answer.

DATED: February 1, 2011                     MELINDA HAAG
                                            United States Attorney


                                            /s/
                                            GARTH HIRE
                                            Assistant United States Attorney

                                            Attorney for United States of America

UNITED STATES' APPLICATION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION
TO VACATE SENTENCE; ~~PROPOSED~~ ORDER          2

| | |
|---|---|
| 1 | **ORDER** |
| 2 | FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT: |

1. The government shall file its answer to defendant's 28 U.S.C. § 2255 motion to vacate sentence on or before March 17, 2011.

2. The defendant shall file any traverse to the government's answer within thirty days of receipt of the government's answer. The matter will thereafter be taken under submission.

DATED: 2/7/2011

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE